■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JESUS CRUZ, Appellant. [865 NYS2d 565]—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Kohm, J.), rendered November 23, 2004, convicting him of assault in the first degree and assault in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that his conviction was against the weight of the evidence is without merit. Multiple witnesses, including one of the victims, identified the defendant as an assailant. In fulfilling our responsibility to conduct an independent review of the weight of the evidence (*see* CPL 470.15 [5]; *People v Danielson,* 9 NY3d 342 [2007]), we nevertheless accord great deference to the jury's opportunity to view the witnesses, hear the testimony, and observe demeanor (*see People v Mateo,* 2 NY3d 383, 410 [2004], *cert denied* 542 US 946 [2004]; *People v Bleakley,* 69 NY2d 490, 495 [1987]). Upon reviewing the record here, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see People v Romero,* 7 NY3d 633 [2006]).

The defendant's remaining contention is without merit. Santucci, J.P., Dillon, Dickerson and Chambers, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN DELPHIN, Appellant. [865 NYS2d 565]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated February 7, 2006 (*People v Delphin,* 26 AD3d 343 [2006]), affirming a judgment of the Supreme Court, Kings County, rendered November 8, 2001.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Prudenti, P.J., Mastro, Miller and Covello, JJ., concur.